UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

ELF-MAN, LLC,

    Plaintiff,

v.

    Civil Action 2:13-cv-308
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Kemp

DOES 1-36,

    Defendants.

### ORDER

Plaintiff filed its Complaint in this action on April 3, 2013. (ECF No. 1.) Because Plaintiff failed to timely effect service over Defendants as required under Federal Rule of Civil Procedure 4(m), on December 16, 2013, the Court ordered Plaintiff to show good cause within fourteen days why this action should not be dismissed and why an extension of time to effect service should be allowed. (ECF No. 5.) To date, Plaintiff has not moved to amend its Complaint to substitute in the real names for its Doe Defendants or effected service over those Defendants. Nor has Plaintiff responded to the Court's Show Cause Order. Accordingly, the Court **DISMISSES** this action **WITHOUT PREJUDICE** pursuant to Rule 4(m) for failure to timely effect service of process.

**IT IS SO ORDERED.**

2-7-2014
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE