AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ELF-MAN, LLC,**

       **Plaintiff,**

**vs.**                                                                                      **JUDGMENT IN A CIVIL CASE**

                                                                                     **CASE NO.  2:13-CV-308**
**DOES 1-36,**                                                                    **JUDGE EDMUND A. SARGUS, JR.**
                                                                                      **MAGISTRATE JUDGE TERENCE P. KEMP**

       **Defendants.**

___    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

       **Pursuant to the Order filed February 7, 2014, JUDGMENT is hereby entered DISMISSING this case.**

Date: February 7, 2014                                                             JOHN P. HEHMAN, CLERK

                                                                                                         */S/ Andy F. Quisumbing*
                                                                                                           (By) Andy F. Quisumbing
                                                                                                           Courtroom Deputy Clerk